IN THE CIRCUIT COURT OF THE **MIDDLE DISTRICT FLORIDA** JUDICIAL CIRCUIT

IN AND FOR **ORANGE** COUNTY, FLORIDA IN RE: Emmett Bowens,

**6:21-cr-141-RBD-EJK AND 6:21-cr-141-RBD-UAM**

CASE NO.: _____

**Petitioner, Emmett Bowens**

vs.

**Administrator, The United States Marshals or Attorney General/ Facility Respondent, Seminole County Jail**

## Petition for Writ of Habeas Corpus

1. This Court has jurisdiction pursuant to Section 394.459 (8), Florida Statutes.

2. Petitioner is being held by **The United States Marshals or The District Attorney**, (Administrator) in **Seminole County Jail**, (Facility), in **Sanford** (City), Florida.

3. ✓ Petitioner believes that he/she is being deprived of her/his freedom for invalid and illegal reasons. Petitioner believes that her/his confinement is illegal because: **There is a non evidentiary conviction for a crime to justify my incarceration for the alleged charges.**

   and/or

4. ✓ Petitioner believes that he/she is being unjustly denied a right or privilege or that a procedure authorized by law is being abused. Petitioner believes that he/she is being unjustly denied a right or privilege or that a procedure authorized by law is being abused because: **My Constitutional rights are being violated on the basis of the first, sixth and fourteenth amendments with the rights to freedom of religion and speech, to a speedy and public trial, to be informed, as well as the rights to counsel and due process to be heard in a court of law.**

CONTINUED OVER

## Petition for Writ of Habeas Corpus  (Page 2)

WHEREFORE, Petitioner respectfully requests that this Court:

☑ **Grant full dismissal of all charges.**

I HEREBY CERTIFY that the above stated matters In the Petition for Writ of Habeas Corpus and Redress of Grievances are true and correct to the best of my information, knowledge, and belief.

_____     3/24/2025
Signature of Petitioner                                                            Date

**Emmett Bowens**
Printed Name of Petitioner

 **PRIORITY MAIL EXPRESS®**



EI 208 232 712 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (   )

Emmet Bowens
275 S. Chesterman St
Holly Springs MS 38635

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE (   )

Attention: Clerks office
401 West Central Blvd
Orlando FL 32801

PAYMENT BY ACCOUNT (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 38635
Scheduled Delivery Date: 3/26
Postage: $31.40
Date Accepted: 3/24
Scheduled Delivery Time: 6:00 PM
Time Accepted: 4:06 PM
Total Postage & Fees: $31.40

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

⇦ **PEEL FROM THIS CORNER**

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

  

May 2020
2 1/2 x 9 1/2



# PRIORITY MAIL EXPRESS®



## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

## GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.